**Opinion filed November 16, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-23-00203-CV

_____

## IN THE INTEREST OF R.I.C., M.E.C., AND M.A.C., CHILDREN

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. E-19-03-0453-FM**

### M E M O R A N D U M   O P I N I O N

Appellant, the mother of the children, has filed a pro se notice of appeal from an associate judge's order relating to child support. Following the associate judge's order, the father of the children timely filed a request for a de novo hearing in the district court. *See* TEX. FAM. CODE ANN. § 201.015 (West Supp. 2023).

We notified the mother by letter that, if the request for a de novo hearing was timely filed, it did not appear that we had jurisdiction in this matter because the order from which she attempts to appeal is not a final, appealable order. *See id.*; *In re C.R.-A.A.*, No. 04-16-00587-CV, 2016 WL 6238237, at *1 (Tex. App.—San Antonio Oct. 26, 2016, no pet.) (mem. op.). In the letter, we requested that the parties file a response advising if they agree that the request for a hearing was timely filed and

provide this court with the date the hearing is scheduled, and we informed the mother that this appeal may be dismissed.

The mother has not responded. The father responded and confirmed that he timely filed a request for a de novo hearing before the district court, and that a hearing is scheduled for November 16, 2023. In his response, the father stated that it is "our understanding [that] both parties intended on requesting a de novo hearing rather than an appeal to this Court." The father further informed this court that the hearing on November 16 also relates to his request for temporary orders on a petition to modify the parent-child relationship.

When a request for a de novo hearing is timely filed, an associate judge's order or recommendation is not a final, appealable order. *See In re C.R.-A.A.*, 2016 WL 6238237, at *1; *Balachandrachari v. Tang*, No. 05-15-00889-CV, 2016 WL 3971323, at *2 (Tex. App.—Dallas July 22, 2016, no pet.) (mem. op.); *see also In re W.M.C.*, No. 11-11-00266-CV, 2011 WL 5999374, at *1 (Tex. App.—Eastland Dec. 1, 2011, no pet.) (mem. op.) (citing FAM. § 201.015). Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because the order from which Appellant now attempts to appeal is not a final, appealable order, we have no jurisdiction to consider this appeal and must dismiss it. *See* TEX. R. APP. P. 42.3(a).

Accordingly, this appeal is dismissed for want of jurisdiction.


W. BRUCE WILLIAMS

November 16, 2023    JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.